| | | | |
|---|---|---|---|
| | AUSA: | Louis F. Meizlish | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: | Joseph S. Russ | Telephone: (313) 964-7662 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America
    v.

Franklin Orlando Munoz-Tejeda

Case: 2:26−mj−30154
Assigned To : Unassigned
Assign. Date : 3/23/2026
Description: CMP USA v
Munoz−Tejeda (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 18, 2026 _____ in the county of ___ Wayne ___ in the ___ Eastern ___ District of ___ Michigan ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph S. Russ - CBP Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __ March 23, 2026 __

City and state: __ Detroit, MI __

_____
*Judge's signature*

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Joseph S. Russ, being duly deposed and sworn, states:

1.    I am an officer with the U.S. Department of Homeland Security, Customs and Border Protection. I have been employed with the same for over 14 years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the re-entry of removed aliens and I have received training in this area.

2.    The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information I collected during my investigation.

3.    Franklin Orlando MUNOZ TEJEDA is a 27-year-old male, native and citizen of Honduras, who last entered the United States at or near an unknown place, on or about an unknown date, without being inspected, admitted, or paroled into the United States by an immigration officer.

4.    On March 18, 2026, at approximately 8:30 a.m., CBP encountered MUNOZ TEJEDA at the Ambassador Bridge in Detroit, in the Eastern District of Michigan, after the Canadian government refused entry to

1

MUNOZ TEJEDA and the vehicle in which he was traveling. Upon returning to the U.S. side of the border, CBP Officer D. Carrol Jr. conducted an initial inspection and referred MUNOZ TEJEDA to the secondary-inspection area because he had no proof of citizenship or documents for crossing the border.

5. In the secondary-inspection area, CBP queried MUNOZ TEJEDA's fingerprints through the Automated Fingerprint Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS), which resulted in matches to Fingerprint Identification Number (FIN) XXXXXX0626 and FBI number XXXXXT06P, which correspond to the immigration actions and criminal history I have noted below.

6. I queried MUNOZ TEJEDA through the Enforce Alien Removal Module (EARM), a DHS immigration database which contains information about aliens who are removed from the United States and found a match to Alien File XXX XXX 106, as well as the immigration arrests, criminal arrests and convictions, and removals I have noted below.

2

7.　　On or about September 30, 2018, the U.S. Border Patrol arrested MUNOZ TEJEDA at or near Uvalde, Texas, after he illegally entered the United States from Mexico without being inspected, admitted, or paroled. The Border Patrol issued him an expedited removal.

8.　　On or about October 3, 2018, MUNOZ TEJEDA was convicted in the U.S. District Court for the Western District of Texas for the offense of illegal entry under 8 U.S.C. § 1325, and was sentenced to time served. He was removed to Honduras on or about October 19, 2018, via San Antonio, Texas.

9.　　On or about March 27, 2019, the Border Patrol again arrested MUNOZ TEJEDA at or near Hidalgo, Texas, after he illegally entered the United States from Mexico without being inspected, admitted, or paroled. On or about April 8, 2019, agents removed MUNOZ TEJEDA to Honduras via the Valley International Airport in Harlingen, Texas, pursuant to a reinstated expedited removal.

10.　On or about May 8, 2024, MUNOZ TEJEDA was arrested by the Rockford, Ill., Police Department for two counts of domestic battery. U.S. immigration officials lodged a detainer with local authorities.

3

11.     On or about May 9, 2024, the state court dismissed MUNOZ TEJEDA's case. Local authorities released him from custody without honoring the immigration detainer.

12.     I queried MUNOZ TEJEDA through a DHS database that contains information relating to applications for immigration benefits and/or relief. My queries confirm that no record exists of him obtaining permission from the attorney general or the secretary of homeland security to re-apply for admission to the United States.

13.     CBP arrested and detained MUNOZ TEJEDA on March 18, 2026, for administrative processing and initiation of a reinstatement of prior removal order.

14.     The aforementioned arrest (or apprehension) (and subsequent detention) was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8 of the U.S. Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

4

15. Based on the foregoing, there is probable cause to believe that, on or about March 18, 2026, at or near Detroit, in the Eastern District of Michigan, Southern Division, MUNOZ TEJEDA, committed the offense of unlawful reentry after removal, in violation of Title 8, United States Code, Section 1326(a).

_____
Joseph S. Russ
Officer
U.S. Customs and Border
Protection

Subscribed and sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

March 23, 2026

5